UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )   )  | |
| **Plaintiff,** )   ) | |
| v. ) | Case No.: 7:18-cr-400-LCB-JHE-2 |
| ) | |
| **KELVIN QUNTAVIUS THOMAS,** ) ) | |
| **Defendant.** ) | |

# ORDER

On December 2, 2025, U.S. Magistrate Judge John H. England issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that the Court deny Defendant Kelvin Quntavius Thomas's motion to suppress. (Doc. 324). Thomas has objected to the Report and Recommendation. (Doc. 325).

If a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the district court must review *de novo* those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Any portions of a Magistrate Judge's report that are unchallenged are reviewed for clear error. *Haywood v. Green*, Case No. 1:21-cv-01112-LCB-HNJ, 2023 WL 6303026, at *1 (N.D. Ala. Sept. 27, 2023). In its review, the district court may "accept, reject, or modify, in whole or in part," the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1)(C).

2

Having reviewed *de novo* the proposed findings and recommendations, the Court concludes that the Judge's Report and Recommendation (Doc. 324) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. The Court therefore **OVERRULES** Thomas's objections (Doc. 325) and **ORDERS** that Thomas's Amended Motion to Suppress (Doc. 317) be **DENIED.**

**DONE** and **ORDERED** this February 12, 2026.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE